IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JOSE SANTOS AYALA GRANADOS, | ) ) ) | Civil Action No. 1:25-cv-03957-LKG |
| Petitioner, | ) ) | Dated: December 8, 2025 |
| v. | ) ) |  |
| NIKITA BAKER, *et al.*, | ) ) |  |
| Respondents. | ) ) ) |  |

### STAY ORDER

On December 3, 2025, the Petitioner, Jose Santos Ayala Granados filed a petition for a writ of habeas corpus in the above-captioned civil matter. ECF No. 1. On December 5, 2025, the Court entered a schedule for the briefing of the Petitioner's petition for writ of habeas corpus. ECF No. 9. On December 8, 2025, the parties filed a joint status report that (1) states that the parties agree that the Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226 and that the Petitioner is entitled to a bond hearing with an Immigration Judge, and (2) requests that the Court stay proceedings while the Petitioner pursues a bond hearing in Immigration Court. ECF No. 10 at 1.

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Donnelly v. Branch Banking & Tr. Co.*, 971 F. Supp. 2d 495, 501 (D. Md. 2013) (internal citation omitted). And so, this Court considers the following factors when staying proceedings: (1) "the length of the requested stay[;]" (2) "the hardship that the movant would face if the motion were denied[;]" (3) "the burden a stay would impose on the nonmovant[;]" and (4) "whether the stay would promote judicial economy by avoiding duplicative litigation." *Id*. at 501-02.

The Court is satisfied that a stay of proceedings is appropriate in this case, because the Petitioner's pursuit of a bond hearing in Immigration Court could resolve this dispute, in whole or in part, without the need for further litigation.

And so, for these reasons, and for good cause shown, the Court **STAYS** further proceedings in this matter **up to and until December 19, 2025**.

In addition, the Court **DIRECTS** the parties to **FILE** a joint status report on or before **December 19, 2025**, regarding whether the Respondents have provided the Petitioner with a bond hearing, whether the Petitioner is still in custody, and if warranted, a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge